**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RENARD POLK, | ) | 3:08-CV-0134-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 17, 2017 |
| CLARK COUNTY, et al., | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On December 24, 2008, the court screened plaintiff's complaint and ordered that plaintiff be permitted to proceed only as to Count IV against defendant Kavcos (ECF No. 12). The U.S. Marshal attempted service on Scott Kavcos but was unsuccessful and the summons was returned unexecuted (ECF No. 23). Therefore, the District Court dismissed this lone remaining defendant, Scott Kavcos, without prejudice (ECF No. 24).

Plaintiff filed a notice of appeal in August 2009 (ECF No. 25). The Ninth Circuit affirmed the District Court's decision in April 2015 (ECF No. 35). This matter was then concluded in its entirety.

Therefore, plaintiff's motions ECF Nos. 39, 40, 41, and 42 are **DENIED**. No further papers should be filed in this closed case.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk