UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RENARD T. POLK,

Petitioner,

v.

SCOTT KAVCOS, *et al.*,

Respondents.

Case No. 3:08-cv-00134-LRH-VPC

ORDER

Despite the Court's clear instructions in previous orders (ECF Nos. 44, 48, 52), petitioner Renard T. Polk continues to file documents in this closed case. (ECF No. 53, 57, 58). The Court will deny the two pending motions as moot. Polk has been warned several times to cease filing documents in this case, and he has repeatedly ignored those warnings. Petitioner has run out of warnings.

IT IS THEREFORE ORDERED that petitioner's two pending motions (ECF Nos. 53, 57) are **DENIED AS MOOT**.

IT IS FURTHER ORDERED that the Clerk of Court shall designate petitioner a restricted filer on the docket sheet for this action and shall return to petitioner any further papers submitted by petitioner for filing in this action, other than a notice of appeal from this order.

IT IS FURTHER ORDERED that this matter is referred to the Warden of Ely State Prison for consideration of possible institutional disciplinary sanctions and/or loss of sentencing credits under Nevada law (N.R.S. 209.451) based on the repeated filing of frivolous documents in a closed judicial proceeding.

1

IT IS FURTHER ORDERED that the Clerk of Court shall **SEND** a copy of this order to:

> Mr. William Gittere, Warden
> P.O. Box 1989
> 4569 North State Rt.
> Ely, Nevada 89301

IT IS SO ORDERED.

DATED this 7th day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE